JOHN H. NICHOLS et al., Appellants, v. ITEM PUBLISHERS, INC., Respondent.

Submitted November 17, 1952; decided November 25, 1952.

*Joseph Reeback* for motion.

*Sydney Snitow* and *Melvel W. Snitow* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution. [See 305 N. Y. 566.]